UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| BAC HOME LOANS SERVICING, L.P. | |
|---|---|
| Plaintiff, | Civil Docket No. :2:14-CV-07092-ES-MAH |
| v. | |
| LISA DARLENE LAWRENCE | NOTICE OF MOTION TO REMAND |
| Defendant | Hearing Date: February 2, 2015<br>Honorable Esther Salas, U.S.D.J. |

TO:  Lisa Darlene Lawrence
     109 Warner Street,
     Fords (Woodbridge Township), NJ 08863

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT** on February 2, 2015 or as soon thereafter as the matter may be heard, of the U.S. District Court, District of New Jersey, M.L. King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, before the Honorable Esther Salas, U.S.D.J., or at such other date and/or time as may be determined by the Court, the Plaintiff, BAC Home Loan Servicing, L.P., will move before the Court, for Motion to Remand on those grounds set forth in Plaintiff's Brief in support of this application, and based upon the exhibits included in the Certification of Counsel of Kelly E. Drohan, Esq. which accompanies this application.

Respectfully submitted,

STERN, LAVINTHAL &
FRANKENBERG, LLC
Attorneys for Plaintiff

By: _/s/ Kelly E. Drohan_
Kelly E. Drohan, Esq.

Dated: December 29, 2014