UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

May 27, 2015

## LETTER ORDER

Re:   *BAC Home Loans Servicing L.P. v. Lisa Darlene Lawrence*
      Civil Action No. 14-7092 (ES) (MAH)

Dear Ms. Lawrence and Counsel:

Pending before this Court is Plaintiff BAC Home Loans Servicing L.P.'s Motion to Remand this matter to the Superior Court of New Jersey, Chancery Division, Middlesex County. (D.E. No. 3). On April 6, 2015, Magistrate Judge Michael A. Hammer issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff's Motion to Remand. (D.E. No. 4).

Pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2), the parties had fourteen days to file and serve any objections to the R&R. To date, the parties have not filed any objections. The Court has considered the parties' submissions, as well as Judge Hammer's R&R, and for the reasons stated therein,

IT IS on this 27th day of May 2015,

ORDERED that this Court adopts Judge Hammer's April 6, 2015 R&R in full and thus grants Plaintiff's Motion to Remand; and it is further

ORDERED that this matter be remanded back to the Superior Court of New Jersey, Chancery Division, Middlesex County; and it is further

ORDERED that the Clerk of Court shall terminate D.E. Nos. 2, 3, and 4; and it is further

ORDERED that the Clerk of Court shall close this case.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J**